Service List

Atlantic City Electric
Bankruptcy Division
5 Collins Dr., Ste 2133
Mail Stop 84CP42
Carneys Point, NJ 08069

CarMax Auto Finance
225 Chastain Meadows Court, Ste. 210
Kennesaw, GA 30144

Credit Acceptance Corp
25505 W. 12 Mile Road
Southfield, MI 48034

LVNV Funding by Resurgent Capital
P.O. Box 10587
Greenville, SC 29603

TMobile_AIS
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Merrick Bank by Resurgent
P.O. Box 10368
Greenville, SC 29603

Jefferson Capital
P.O. Box 7999
St. Cloud, MN 56302

Quantum3
P.O. Box 788
Kirkland, WA 98083

IRS
P.O. Box 7346
Philadelphia, PA 19101-346

Portfolio Recovery Assoc.
P.O. Box 410067
Norfolk, VA 23541

PHH Mortgage
Attn: Managing Agent/General Agent/President/Bankruptcy Dept.
2000 Midlantic Dr. , Ste 410A
Mt. Laurel, NJ 08054

PHH Mortgage
c/o RAS Crane
130 Clinton Road, Ste 202
Fairfield, NJ 07004