**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorneys for Debtor
jeanie@sadeklaw.com

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Joseph Saez | : | |
| Angela M. Milbourne-Saez | : | CASE NO. 25-18196 (ABA) |
| | : | |
| Debtor(s) | : | HEARING: |
| | : | ORAL ARGUMENT WAIVED |

## CERTIFICATION IN SUPPORT OF MOTION TO SUSPEND TRUSTEE PAYMENTS

Joseph Saez and Angela M. Milbourne-Saez, by way of Certification hereby states:

1. We are the Debtor(s) herein and filed a voluntary Chapter 13 Petition on August 4, 2025.

2. A Confirmation Order of our Chapter 13 Plan was entered November 12, 2025.

3. Shortly before Confirmation our heater completely failed. We contacted multiple companies and learned that the unit had to be entirely replaced at significant expense. While we made every effort to live with electric space heaters, they are both inefficient and very dangerous. Additionally, Mr. Saez has health issues and extreme weather conditions, including cold, are not safe for his health.

4. As it has become an unseasonably cold season, we had no choice but to replace the full heater at significant expense of over $5,500.00. The company has agreed to allow us four (4) months to pay this amount at $1,375.00. Please see Exhibit A attached hereto and made a part herein.

5. This expense, though temporary, makes it extremely difficult, if not impossible to make the required Trustee payment during the four (4) month payment period. Once the payments on the heater are complete, we will then be able to resume monthly Trustee payments. We are able to afford the increase at that time as Ms. Milbourne-Saez's pension loan is now paid off and we are able to make some adjustments to expenses to ensure feasibility. Amended Schedules I and J have been filed in conjunction with the Motion to prove feasibility once this emergent and unexpected issue has been resolved.

4. Based on the foregoing, we respectfully request a suspension of Trustee payments from December 1, 2025 through and including Mach 1, 2026. We can then resume monthly Trustee payments of $2,635.00 for the remaining 54 months of the Plan.

We certify that the foregoing statements made by me are true. We are aware that if any of the foregoing statements made by me are willfully false, we are subject to punishment.

Dated: November 27, 2025              /s/ Joseph Saez
                                      Joseph Saez


                                      /s/ Angela M. Milbourne-Saez
                                      Angela M. Milbourne-Saez