**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorneys for Debtor
jeanie@sadeklaw.com

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Joseph Saez | : | |
| Angela M. Milbourne-Saez | : | CASE NO. 25-18196 (ABA) |
| | : | |
| Debtor(s) | : | HEARING: January 6, 2026 @ 10:00 am |
| | : | ORAL ARGUMENT WAIVED |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LNBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve complex issues of law.

                                                SADEK LAW OFFICES

Date: December 8, 2025                    By: /s/ Jeanie D. Wiesner
                                                Jeanie D. Wiesner, Esq.