UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK LAW OFFICES
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)

| | |
|---|---|
| Case No.: | 25-18196 (ABA) |
| Chapter: | 13 |

In Re:

Joseph Saez
Angela M. Milbourne-Saez

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | January 6, 2026 |
| Judge: | Andrew B. Altenburg |

## CERTIFICATION OF SERVICE

1.  I, _____Jeanie D. Wiesner, Esq._____ :

    ☒ represent _____Debtor(s)_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____December 9, 2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Notice of Motion to Suspend Trustee Payments; Service List; Certification in Support of Motion; Statement as to Why No Brief is Necessary; Proposed Form of Order; Certification of Service

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___, December 9, 2025___          /s/ Jeanie D. Wiesner, Esq._____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Trustee's Office<br>One Newark Center<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102<br><br>Andrew Finberg<br>535 Route 38 S., Ste 580<br>Cherry Hill, NJ 08002 | US Trustee<br><br><br>Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlantic City Electric<br>Bankruptcy Division<br>5 Collins Dr., Ste 2133<br>Mail Stop 84CP42<br>Carneys Point, NJ 08069 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CarMax Auto Finance<br>225 Chastain Meadows Court, Ste. 210<br>Kennesaw, GA 30144<br><br>Credit Acceptance Corp<br>25505 W. 12 Mile Road<br>Southfield, MI 48034 | Creditor<br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding by Resurgent Capital<br>P.O. Box 10587<br>Greenville, SC 29603<br><br>TMobile_AIS<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | Creditor<br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Merrick Bank by Resurgent<br>P.O. Box 10368<br>Greenville, SC 29603<br><br>Jefferson Capital<br>P.O. Box 7999<br>St. Cloud, MN 56302 | Creditor<br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quantum3<br>P.O. Box 788<br>Kirkland, WA 98083<br><br>IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-346 | Creditor<br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Assoc.<br>P.O. Box 410067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PPHH Mortgage<br>Attn: Managing Agent/General Agent/President/Bankruptcy Dept.<br>2000 Midlantic Dr. , Ste 410A<br>Mt. Laurel, NJ 08054<br>HH Mortgage | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PHH Mortgage<br>c/o RAS Crane<br>130 Clinton Road, Ste 202<br>Fairfield, NJ 07004 | Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*